# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## ACKNOWLEDGMENT OF HEARING NOTICE (PASADENA)

I acknowledge receipt of the notice of assignment showing my case:

Case Number | 12-56067, 12-56068, 12-56077 (Consolidated)

Case Title | The Sam Francis Foundation, et al v. Christie's, Inc.

**assigned for hearing:**

Date | December 16, 2014  Time | 3:30 pm  Courtroom | 3

Location | 125 South Grand Avenue, Pasadena, CA 91105

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

Name | Eric M. George

Address | 2121 Avenue of the Stars, Suite 2400

City | Los Angeles   State | CA   Zip Code | 90067

Phone | (310) 274-7100   Email Address | egeorge@bgrfirm.com

Party/parties represented | Sam Francis Found.; Robert Graham Estate; Chuck Close; Laddie John Dill

Special needs you may require in the courtroom |

☛ Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

Signature (use "s/" format) | s/Eric M. George    Date | 11/14/14

**Filing Instructions**
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 91510, Pasadena CA 91109-1510
*Overnight:* Richard H. Chambers U.S. Court of Appeals Building, 125 South Grand Avenue, Pasadena CA 91105
Phone: 626-229-7250