# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## ACKNOWLEDGMENT OF HEARING NOTICE (PASADENA)

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | 12-56067, 12-56068, 12-56077 |
| Case Title | Sam Francis Foundation v. Christies, Inc. |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | December 16, 2014 | Time | 3:30 p.m. | Courtroom | 3 |

Location: Pasadena

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | John C. Dwyer |
| Address | Cooley LLP<br>3175 Hanover Street |
| City | Palo Alto |
| State | CA |
| Zip Code | 94304 |
| Phone | (650) 843-5228 |
| Email Address | dwyerjc@cooley.com |
| Party/parties represented | eBay Inc. |
| Special needs you may require in the courtroom | |

☞ Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| Signature (use "s/" format) | /s/ John C. Dwyer | Date | 11/18/2014 |
|---|---|---|---|

**Filing Instructions**
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 91510, Pasadena CA 91109-1510
*Overnight:* Richard H. Chambers U.S. Court of Appeals Building, 125 South Grand Avenue, Pasadena CA 91105
Phone: 626-229-7250