# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## ACKNOWLEDGMENT OF HEARING NOTICE (PASADENA)

**I acknowledge receipt of the notice of assignment showing my case:**

| | |
|---|---|
| Case Number | Nos. 12-56067, 12-56068, 12-56077 (Consolidated) |
| Case Title | Sam Francis Foundation, et al. v. Christies's Inc. |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | December 16, 2014 | Time | 3:30 p.m. | Courtroom | Courtoom 3 |

Location | Richard H. Chambers Courthouse, 125 South Grand Avenue, Pasadena, CA  91105

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Jason D. Russell |
| Address | Skadden, Arps, Slate, Meagher & Flom LLP<br>300 South Grand Avenue, Suite 3400 |

| City | Los Angeles | State | CA | Zip Code | 90071 |
|---|---|---|---|---|---|

| Phone | (213) 687-5000 | Email Address | jason.russell@skadden.com |
|---|---|---|---|

Party/parties represented | Appellee Christie's Inc.

Special needs you may require in the courtroom |

☛ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

◉ I certify that I  am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| Signature (use "s/" format) | s/  Jason D. Russell | Date | November 18, 2014 |
|---|---|---|---|

**Filing Instructions**
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 91510, Pasadena CA 91109-1510
*Overnight:* Richard H. Chambers U.S. Court of Appeals Building, 125 South Grand Avenue, Pasadena CA 91105
Phone: 626-229-7250